

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00139-CR

Federico **JUAREZ** Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-05-13303-CR
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 3, 2013

DISMISSED AS MOOT

On February 13, 2013, appellant was convicted of aggravated sexual assault of a child and sentenced to life in prison. Appellant timely filed a motion for new trial and a notice of appeal. On April 25, 2013, the trial court granted appellant's motion for new trial, setting aside "the judgment and sentence in this cause" and ordering a new trial. On May 21, 2013, we notified appellant that this appeal appeared to be moot because the trial court granted his motion for new trial. *See* TEX. R. APP. 21.9(b) (stating that the granting of a new trial restores a case to its position before trial). We ordered appellant to file, on or before June 4, 2013, a response explaining why this appeal

should not be dismissed as moot. No response was filed. Because the trial court granted appellant's motion for new trial, making any appeal from the original judgment moot, we dismiss this appeal. *See* TEX. R. APP. P. 21.9(b), 43.2(f).

PER CURIAM

DO NOT PUBLISH